# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JEREMY RODRIGUEZ-ORTEGA AND
JOSHUA RODRIGUEZ,

   **Plaintiffs,**

v.

              **No. 1:21-cv-01129-JCH-KK**

DAVID RICH, KENNETH LUCERO,
in their official and individual capacities,
AND NEW MEXICO DEPARTMENT OF HEALTH,

   **Defendants.**

## RECORD ON REVIEW AUDIO INDEX LOG OF MERITS HEARING-JEREMY RODRIGUEZ-ORTEGA

*State Personnel Board Docket No. 20-028*

The New Mexico State Personnel Board hereby files this Record on Review Index in

accordance with Rule 1-074(H) NMRA.

Parties entitled to notice are as follows:

Heather Burke
Attorney at Law
*Attorney for Plaintiffs*
1000 Cordova Place #24
Santa Fe, NM 87505
Phone: (505) 428-9424
Email: heather@hburkelaw.com

Paula G. Maynes
Miller Stratvert PA
*Attorneys for Defendents*
200 West DeVargas, Suite 9
Santa Fe, NM 87501
Phone: (505) 989-9614
Email: pmaynes@mstlaw.com

Included in the audio recording, as part of the agency record are the following:

| Hearing; June 10, 2021 Day 1, Part 1 | |
|---|---|
| PRELIMINARY MATTER | 00:00:00 |
| DISCUSSION OF EXHIBITS | 00:05:57 |
| DISCUSSION OF WITNESSES | 00:08:31 |
| RULE INVOKED | 00:10:01 |
| WITNESSES EXCLUDED | 00:23:03 |
| LATE EXHIBITES EXCLUDED | 00:27:28 |
| DISCUSSION OF WITNESS LEIF GREGORY | 00:37:07 |
| STIPULATED FACTS | 00:45:42 |
| DAVID RICH – DIRECT | 00:52:20 |
| RICH – CROSS | 02:58:08 |
| RICH – REDIRECT | 05:45:21 |
| RICH – LIMITED RE-CROSS | 05:50:21 |
| RICH – ALJ QUESTIONS | 05:50:53 |
| RICH – APPELLEE FOLLOWUP TO ALJ QUESTIONS | 06:00:58 |
| TERESA PADILLA – DIRECT | 06:05:31 |
| | |
| **Hearing; June 10, 2021 Day 1, Part 2** | |
| TERESA PADILLA – CROSS | 00:08:26 |
| PADILLA – REDIRECT WAIVED | 00:11:00 |
| APPELLEE DISCUSSES WITNESS SCHEDULING | 00:12:29 |
| **Hearing; June 11, 2021 Day 2,** | |
| LEIF GREGORY – DIRECT | 00:03:14 |
| GREGORY – CROSS | 00:24:45 |
| GREGORY – REDIRECT | 00:33:57 |
| GREGORY – RECROSS | 00:44:20 |
| GREGORY – ALJ QUESTIONS | 00:46:59 |
| GREGORY – APPELLANT FOLLOW UP QUESTIONS | 00:52:01 |
| GREGORY – APPELLEE FOLLOW UP QUESTIONS | 00:53:20 |
| APPELLEE RESTS | 00:58:01 |
| APPELLANT CASE IN CHIEF BEGINS | 01:01:10 |
| APPELLANT OPENING STATEMENT | 01:01:40 |
| JEREMY RODRIGUEZ-ORTEGA – DIRECT | 01:09:37 |
| RODRIGUEZ-ORTEGA – CROSS | 01:57:33 |
| RODRIGUEZ-ORTEGA – REDIRECT | 03:37:33 |
| RODRIGUEZ-ORTEGA – RECROSS | 03:46:27 |
| RODRIGUEZ-ORTEGA – ALJ QUESTIONS | 03:51:34 |
| RODRIGUEZ-ORTEGA – APPELLEE FOLLOWUP | 04:01:41 |
| RODRIGUEZ-ORTEGA – ALJ QUESTIONS | 04:16:54 |
| RODRIGUEZ-ORTEGA – APPELLANT FOLLOWUP | 04:20:34 |
| APPELLANT RESTS | 04:22:33 |
| END | 04:29:57 |

Respectfully Submitted,
RAUL TORREZ
NEW MEXICO ATTORNEY GENERAL

/s/ Daniel R. Rubin
Daniel R. Rubin
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo Street
Santa Fe, NM 87501
(505) 537-4477
drubin@nmag.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Record on Review was filed through PACER this 22nd day of September 2023, causing the following counsel of record to be served by electronic means.

Heather Burke
Attorney at Law
*Attorney for Plaintiffs*
1000 Cordova Place #24
Santa Fe, NM 87505
Phone: (505) 428-9424
Email: heather@hburkelaw.com

Paula G. Maynes
Miller Stratvert PA
*Attorneys for Defendents*
200 West DeVargas, Suite 9
Santa Fe, NM 87501
Phone: (505) 989-9614
Email: pmaynes@mstlaw.com

/s/ Daniel R. Rubin
Assistant Attorney General