IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JEREMY RODRIGUEZ-ORTEGA AND
JOSHUA RODRIGUEZ,**

      **Plaintiffs,**

**v.**

                                 **No. 1:21-cv-01129-JCH-KK**

**DAVID RICH, KENNETH LUCERO,
in their official and individual capacities,
AND NEW MEXICO DEPARTMENT OF HEALTH,**

      **Defendants.**

## RECORD ON REVIEW AUDIO INDEX LOG OF MERITS HEARING - JOSHUA RODRIGUEZ

*State Personnel Board Docket No. 20-018*

The New Mexico State Personnel Board hereby files this Record on Review Index in accordance with Rule 1-074(H) NMRA.

Parties entitled to notice are as follows:

Heather Burke
Attorney at Law
*Attorney for Plaintiffs*
1000 Cordova Place #24
Santa Fe, NM 87505
Phone: (505) 428-9424
Email: heather@hburkelaw.com

Paula G. Maynes
Miller Stratvert PA
*Attorneys for Defendents*
200 West DeVargas, Suite 9
Santa Fe, NM 87501
Phone: (505) 989-9614
Email: pmaynes@mstlaw.com

Included in the audio recording, as part of the agency record, are copies of the following:

| Hearing; April 22, 2021 | |
|---|---|
| PRELIMINARY MATTERS | 0:00:00 |
| VANDORA MONTOYA–DIRECT | 0:29:46 |
| MONTOYA-CROSS | 1:01:20 |
| CHASADY LEDESMA-VELA-DIRECT | 1:20:41 |
| LEDESMA-VELA -CROSS | 1:38:45 |
| JOSEPHINE QUINTANA-DIRECT | 1:40:43 |
| QUINTANA -CROSS | 2:15:00 |
| ALJ-QUESTIONS | 2:33:02 |
| CHRISTOPHER NOVAK-DIRECT | 2:35:04 |
| NOVACK-CROSS | 3:06:40 |
| NOVACK-RE-DIRECT | 3:38:24 |
| ALJ-QUESTIONS | 3:39:43 |
| JEFFREY LARA-DIRECT | 3:43:09 |
| LARA-CROSS | 3:52:19 |
| LARA-RE-DIRECT | 4:13:56 |
| RONALD ULIBARRI-DIRECT | 4:16:38 |
| ULIBARRI-CROSS | 4:53:57 |
| ULIBARRI-RE-DIRECT | 5:06:11 |
| | |
| **Hearing; April 23, 2021 – Day 2** | |
| PRELIMINARY MATTERS | 0:00:00 |
| KENNETH LUCERO-DIRECT | 0:09:42 |
| LUCERO-CROSS | 1:16:53 |
| LUCERO-RE-DIRECT | 3:45:00 |
| JOSHUA RODRIGUEZ-DIRECT | 3:56:41 |
| | |
| **Hearing; April 28, 2021 – Day 3 (Part 1)** | |
| PRELIMINARY MATTERS | 0:00:00 |
| RODRIGUEZ-CROSS | 0:01:00 |
| RODRIGUEZ-RE-DIRECT | 2:02:02 |
| | |
| **Hearing; April 28, 2021 – Day 3 (Part 2)** | |
| CHASADY LEDESMA-VELA-DIRECT | 0:00:00 |
| VANDORA MONTOYA–DIRECT | 0:05:48 |
| OBJECTION: | 0:16:45 |
| LEO DURAN-DIRECT | 0:21:19 |
| DURAN-CROSS | 0:31:15 |
| KENNETH LUCERO-DIRECT | 0:33:51 |

| | |
|---|---|
| LUCERO-CROSS | 2:15:37 |
| LUCERO-RE-DIRECT | 2:30:02 |
| RONALD ULIBARRI-DIRECT | 2:45:32 |
| ULIBARRI-CROSS | 2:58:34 |
| CLOSING MATTERS | 3:03:07 |
| END | |

Respectfully Submitted,
RAUL TORREZ
NEW MEXICO ATTORNEY GENERAL
/s/ Daniel R. Rubin
Daniel R. Rubin
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo Street
Santa Fe, NM 87501
(505) 537-4477
drubin@nmag.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing Record on Review was filed through PACER this 22nd day of September 2023, causing the following counsel of record to be served by electronic means.

Heather Burke
Attorney at Law
*Attorney for Plaintiffs*
1000 Cordova Place #24
Santa Fe, NM 87505
Phone: (505) 428-9424
Email: heather@hburkelaw.com

Paula G. Maynes
Miller Stratvert PA
*Attorneys for Defendents*
200 West DeVargas, Suite 9
Santa Fe, NM 87501
Phone: (505) 989-9614
Email: pmaynes@mstlaw.com

/s/ Daniel R. Rubin
Assistant Attorney General