IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JEREMY RODRIGUEZ-ORTEGA AND**
**JOSHUA RODRIGUEZ,**

      **Plaintiffs,**

v.

      No. 1:21-cv-01129-JCH-KK

**DAVID RICH, KENNETH LUCERO,**
**in their official and individual capacities,**
**AND NEW MEXICO DEPARTMENT OF HEALTH,**

      **Defendants.**

### RECORD ON REVIEW INDEX OF JEREMY RODRIGUEZ-ORTEGA

      The New Mexico State Personnel Board hereby files this Record on Review Index in accordance with Rule 1-074(H) NMRA.

      Parties entitled to notice are as follows:

Heather Burke
Attorney at Law
*Attorney for Plaintiffs*
1000 Cordova Place #24
Santa Fe, NM 87505
Phone: (505) 428-9424
Email: heather@hburkelaw.com

Paula G. Maynes
Miller Stratvert PA
*Attorneys for Defendents*
200 West DeVargas, Suite 9
Santa Fe, NM 87501
Phone: (505) 989-9614
Email: pmaynes@mstlaw.com

Attached as part of the agency record are copies of the following:

|   | 20-028 | **Pleadings: Bates # 00001 - 00184** |
|---|---|---|
| 1 | 07/27/2020 | Notice of Final Action |
| 2 | 08/21/2020 | Notice of Appeal |
| 3 | 09/14/2020 | Acceptance of Appeal; Scheduling Order |
| 4 | 10/19/2020 | Entry of Appearance—Appellant (Burke) |
| 5 | 11/09/2020 | FILED Stipulated Pre-Hearing Order<br>APPROVED as to form: 11/12/2020 |
| 6 | 01/26/2021 | Entry of Appearance for Appellee (Ackermann, Akenhead, Tucker) |
| 7 | 04/13/2021 | Notice of Case Reassignment |
| 8 | 04/13/2021 | Notice of Hearing |
| 9 | 04/13/2021 | Appellee's Final Witness List |
| 10 | 04/15/2021 | Motion to Vacate and Reset Hearing |
| 11 | 04/16/2021 | Order Granting Motion to Vacate and Amended Scheduling Order |
| 12 | 04/26/2021 | Appellee's Certificate of Service |
| 13 | 05/06/2021 | Notice of Hearing |
| 14 | 05/12/2021 | Stipulated Motion to Vacate and Reset Hearing |
| 15 | 05/13/2021 | Order Granting Motion to Vacate and Second Amended Scheduling Order |
| 16 | 05/21/2021 | Notice of Hearing |
| 17 | 06/03/2021 | Appellee's Final List of Exhibits |
| 18 | 06/07/2021 | Appellant's Final List of Exhibits |
| 19 | 06/09/2021 | Appellee's Amended Final List of Exhibits |
| 20 | 06/09/2021 | Appellant's updated Final List of Exhibits (Changed from listing Numerical to Alphabetically) |
| 21 | 06/14/2021 | Post-Hearing Scheduling Order for Written Closing Statements, Proposed Findings of Fact, and Proposed Conclusion of Law |
| 22 | 07/12/2021 | Unopposed Request for a Two-Day Extension of Due Date (Moot) |
| 23 | 07/12/2021 | Appellee's Written Closing Argument, Proposed Findings of Fact, and Proposed Conclusions Law |
| 24 | 07/12/2021 | Appellant's Proposed Findings of Fact and Conclusions of Law |
| 25 | 10/14/2021 | Recommended Decision |
| 26 | 10/14/2021 | Post-Hearing Scheduling Order for Exceptions |
| 27 | 11/04/2021 | Appellant's Exceptions and Objections to Judge Baca's Recommended Decision |
| 28 | 12/10/2021 | Final Decision |
|  | Emails/Letters | Correspondence: **Bates # 00185 - 00270**<br>  ° *Dated from December 13, 2021 – September 7, 2020* |
|  | Exhibits | Hearing Exhibits: **Bates # 00271 – 00441** |

|   | 1 CD<br>Combined<br>w/20-018 | Record transferred onto a CD due to size (Bookmarked) |
|---|---|---|
|   | Audio Recordings<br>1 DVD<br>Combined<br>w/20-018 | ○ June 10 & 11, 2021 Merits Hearing<br>○ Audio Index Log of Merits Hearing: 2 pages |

Respectfully Submitted,
RAUL TORREZ
NEW MEXICO ATTORNEY GENERAL

/s/ Daniel R. Rubin
Daniel R. Rubin
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo Street
Santa Fe, NM 87501
(505) 537-4477
drubin@nmag.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing Record on Review was filed through PACER this 22nd day of September 2023, causing the following counsel of record to be served by electronic means.

Heather Burke
Attorney at Law
*Attorney for Plaintiffs*
1000 Cordova Place #24
Santa Fe, NM 87505
Phone: (505) 428-9424
Email: heather@hburkelaw.com

Paula G. Maynes
Miller Stratvert PA
*Attorneys for Defendents*
200 West DeVargas, Suite 9
Santa Fe, NM 87501
Phone: (505) 989-9614
Email: pmaynes@mstlaw.com

                                               /s/ Daniel R. Rubin
                                               Assistant Attorney General