IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY RODRIGUEZ-ORTEGA AND
JOSHUA RODRIGUEZ,

      **Plaintiffs,**

v.

                                                             No. 1:21-cv-01129-JCH-KK

**DAVID RICH, KENNETH LUCERO,**
**in their official and individual capacities,**
**AND NEW MEXICO DEPARTMENT OF HEALTH,**

      **Defendants.**

## RECORD ON REVIEW INDEX REGARDING JOSHUA RODRIGUEZ

      The New Mexico State Personnel Board hereby files this Record on Review Index in accordance with Rule 1-074(H) NMRA.

      Parties entitled to notice are as follows:

Heather Burke
Attorney at Law
*Attorney for Plaintiffs*
1000 Cordova Place #24
Santa Fe, NM 87505
Phone: (505) 428-9424
Email: heather@hburkelaw.com

Paula G. Maynes
Miller Stratvert PA
*Attorneys for Defendents*
200 West DeVargas, Suite 9
Santa Fe, NM 87501
Phone: (505) 989-9614
Email: pmaynes@mstlaw.com

Attached as part of the agency record are copies of the following:

|    | 20-018     | **Pleadings: Bates # 00001 - 00370** |
|----|------------|--------------------------------------|
| 1  | 05/19/2020 | Notice of Final Action |
| 2  | 06/02/2020 | Notice of Appeal |
| 3  | 06/12/2020 | Acceptance of Appeal; Scheduling Order |
| 4  | 07/06/2020 | Entry of Appearance—Appellant (Burke) |
| 5  | 08/13/2020 | Entry of Appearance –Appellee (Tremaine) |
| 6  | 08/13/2020 | FILED Stipulated Pre-Hearing Order APPROVED as to form: 08/18/2020 |
| 7  | 09/16/2020 | Motion to Compel |
| 8  | 09/25/2020 | Appellee's Response to Motion to Compel |
| 9  | 10/02/2020 | Entry of Appearance---Appellee (Dan A. Akenhead) |
| 10 | 10/09/2020 | New Mexico Department of Health's Expedited Motion to Vacate the Upcoming Hearing and Extend Discovery Deadlines |
| 11 | 10/09/2020 | Appellant's Reply in Support of his Motion to Compel |
| 12 | 10/16/2020 | Order on Motion to Compel |
| 13 | 10/16/2020 | Amended Scheduling Order |
| 14 | 10/29/2020 | Certificate of Service (Appellee's First Supplemental Response to Appellant's First Requests for Production, Part 1) |
| 15 | 11/02/2020 | Certificate of Service (Appellee's First Supplemental Response to Appellant's First Requests for Production, Part II) |
| 16 | 11/24/2020 | Certificate of Service (Appellee's Objections and Response to Appellee's Second Requests for Production and Privilege Log) |
| 17 | 12/10/2020 | RECEIVED COPY ONLY: Stipulated Protective Order Regarding Confidential Documents |
| 18 | 02/02/2021 | Appellant's Motion for Sanctions |
| 19 | 02/08/2021 | Emergency Request for Hearing |
| 20 | 02/11/2021 | Second Amended Scheduling Order |
| 21 | 02/15/2021 | Appellee's Response to Appellant's Motion for Sanctions |
| 22 | 02/19/2021 | Certificate of Service |
| 23 | 02/25/2021 | Reply in Support of Appellant's Motion for Sanctions |
| 24 | 03/01/2021 | Entry of Appearance---Appellee (+Ackermann & Tucker) |
| 25 | 03/03/2021 | Order on Appellant's Motion for Sanctions and Amended Scheduling Order |
| 26 | 04/08/2021 | Notice of Hearing |
| 27 | 04/08/2021 | Appellee's Final Witness List |
| 28 | 04/12/2021 | Appellant's Emergency Second Motion to Compel, Request for Sanctions and Request for Hearing |
| 29 | 04/12/2021 | Appellant's Final Witness List |
| 30 | 04/14/2021 | Appellee's Amended Final Witness List |
| 31 | 04/15/2021 | Appellee's Final List of Exhibits |
| 32 | 04/15/2021 | Appellee's Response to Appellant's Emergency Second Motion to Compel, Request for Sanctions and Request for Hearing |
| 33 | 04/19/2021 | Appellant's Final List of Exhibits |
| 34 | 04/26/2021 | Issued Subpoenas: Vandora Montoya; Ronald Ulibarri; Kenneth Lucero and Chasady Vela |

| | | |
|---|---|---|
| 35 | 04/29/2021 | Post-Hearing Scheduling Order for Written Closing Statements, Proposed Findings of Fact, and Proposed Conclusions of Law |
| 36 | 06/01/2021 | Unopposed Request for a Three-Day Extension of Due Date |
| 37 | 06/02/2021 | Amended Post-Hearing Scheduling Order for Written Closing Statements, Proposed Findings of Fact, and Proposed Conclusions of Law |
| 38 | 06/04/2021 | Appellee's Written Closing Statement, Proposed Findings of Fact, and Proposed Conclusions of Law |
| 39 | 06/04/2021 | Appellant's Proposed Findings of Fact and Conclusions of Law |
| 40 | 08/18/2021 | Recommended Decision |
| 41 | 08/18/2021 | Post-Hearing Scheduling Order for Exceptions |
| 42 | 09/08/2021 | Appellant's Exceptions and Objections to Judge Haught's Recommended Decision |
| 43 | 09/17/2021 | Final Decision |
| | Emails/Letters | Correspondence: **Bates # 00371 - 00515**<br>° *Dated from September 17, 2021 – June 12, 2020* |
| | Exhibits | Hearing Exhibits: **Bates # 00516 – 00646** (Please refer to the 04.20.2021 Email regarding Stipulated Exhibits)<br>° Joint Exhibit 4 is audio files (See Record CD) |
| | 1 CD<br>Combined w/20-028 | Record transferred onto a CD due to size (Bookmarked) |
| | Audio Recordings 1 DVD<br>Combined w/20-028 | ° October 14 & 15, 2020 Conference<br>° December 21, 2020 Status Conference<br>° February 11, 2021 Status Conference<br>° March 2, 2021 Conference<br>° April 16, 2021 Conference<br>° April 22 & 23, 2021 & April 28, 2021 Merits Hearing<br>° August 4, 2021 Conference<br>° Audio Index Log of Merits Hearing: 2 pages<br>° |

✓ *Total of 2 disks delivered to the First Judicial District Court*

Respectfully Submitted,
RAUL TORREZ
NEW MEXICO ATTORNEY GENERAL
/s/ Daniel R. Rubin
Daniel R. Rubin
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo Street
Santa Fe, NM 87501
(505) 537-4477
drubin@nmag.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the forgoing Record on Review was filed through PACER this 22nd day of September 2023, causing the following counsel of record to be served by electronic means.

    Heather Burke
    Attorney at Law
    *Attorney for Plaintiffs*
    1000 Cordova Place #24
    Santa Fe, NM 87505
    Phone: (505) 428-9424
    Email: heather@hburkelaw.com

    Paula G. Maynes
    Miller Stratvert PA
    *Attorneys for Defendents*
    200 West DeVargas, Suite 9
    Santa Fe, NM 87501
    Phone: (505) 989-9614
    Email: pmaynes@mstlaw.com

                                    /s/ Daniel R. Rubin
                                    Assistant Attorney General