**FILED**
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

SEP 2 7 2023

MITCHELL R. ELFERS
CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JEREMY RODRIGUEZ-ORTEGA and
JOSHUA RODRIGUEZ,**

  **Plaintiff,**

v.

  Case No: **1:21-cv-01129-JCH-KK**

**DAVID RICH, KENNETH LUCERO,
n their official and individual capacities,
and NEW MEXICO DEPARTMENT OF
HEALTH,**

  **Defendants.**

## NOTICE OF LODGING OF THE ADMINISTRATIVE RECORD

COMES NOW, the State Personnel Office through amended appearance by undersigned

counsel, and pursuant to this Court's Order (ECF No. 42), hereby gives notice of lodging of the

administrative record by hand delivery of two compact discs containing said record to the Clerk

of the Court at the Santa Fe District Court Office on September 27, 2023.

  Respectfully submitted,

  By: */s/ Daniel Rubin*
    Daniel Rubin
    Office of the New Mexico Attorney General
    408 Galisteo Street
    Santa Fe, NM 87501
    Tel.: (505) 490-4060
    Fax: (505) 490-4881
    drubin@nmag.gov

*Rodriguez-Ortega, et. al.  v. Rich, et al.,* Case No. 1:21-cv-01129-JCH-KK
Notice of Lodging of the Record
Page 1 of 2

*Attorney for Interested Party*
*New Mexico State Personnel Board*

## CERTIFICATE OF SERVICE

I certify that on September 27, 2023, that a copy of the foregoing *Notice* was hand-filed and that I caused the following counsel of record to be served of this Notice by electronic means:

Heather Burke
Attorney At Law
*Attorney for Plaintiffs*
1000 Cordova Pl. #24
Santa Fe, NM 87505
Phone: (505) 428-9424
Email: heather@hburkelaw.com

Paula G. Maynes
Miller Stratvert PA
*Attorney for Defendants*
200 West DeVargas, Suite 9
Santa Fe, NM 87501
Phone (505) 989-9614
Email: pmaynes@mstlaw.com

/s/ Daniel Rubin

*Rodriguez-Ortega, et. al.  v. Rich, et al.,* Case No. 1:21-cv-01129-JCH-KK
Notice of Lodging of the Record
Page 2 of 2