**EXHIBIT**

1

*FMLA#1* *New Year*

## HRB LABOR ROUTING INFORMATION SHEET

Date: _March 20, 2020_

Division / Facility: _HRB / ASD_

Email to: _Jeremy Rodriguez-Ortega_

cc: _Melton Young_          bcc: _____

Documentation for:  (FML)   ALD   LWOP

HRB Staffed:  (DR)   MY   JRO   DS   FM

Employee Name: _Jeremy Rodriguez-Ortega_

---

(Approved)          Disapproved

FML Request # _1 (New Year)_   Continuous   (Intermittent)

~~ALD Request #~~ _____

~~LWOP Request #~~ _____

Dates: _July 9, 2019 through July 8, 2020_

Additional Information: _Approved Intermittent one of self_
_24/7 coverage for flare-ups and appointments, therapies_
_as needed. All prescheduled appointments must be provided_
_to Mgr./Supr. at least 3 business days in advance._

Contact _David RO_ with Questions



*New Year of FMLA* (handwritten, highlighted)



# NEW MEXICO
## DEPARTMENT OF
# HEALTH



*FMLA #1* (handwritten, highlighted)

## FAMILY AND MEDICAL LEAVE REQUEST

**GENERAL PROVISIONS:**

a.  Employee must request Family and Medical Leave (FMLA) thirty (30) days in advance or as soon as practicable under the facts and circumstances of the particular case.

b.  Employees who have been in either classified or exempt service for at least 12 months and who have worked for at least 1250 hours during the last 12 months are entitled to leave under FMLA.

c.  FMLA may be requested for the care of the employee's child (birth, or placement for adoption or foster care); for the care of the employee's spouse, son or daughter, or parent, who has a serious health condition; or, for a serious health conditions that makes the employee unable to perform their job.

d.  A serious health condition includes conditions or illnesses affecting one's health to the extent that inpatient care is required as well as absences necessary on a recurring basis or for more than a few days for treatment of recovery. In the absence of inpatient care, a serious health condition will require more that 3 days of illness and continuing treatment by a health care provider.

e.  A Certification of Health Care Provider from or other documentation as appropriate will be required when making request.

**EMPLOYEE NAME:** _Jeremy Rodriguez-Ortega_    **EMPLOYEE ID#** _110055_

Division or Facility where employed: _NMDOH / ASD / HRB_    Hire Date: _at the state of NM_

Is your spouse employed by a State Agency or the Department of Health?    Yes _____    No _✓_

If "YES", please complete items (a) through (c):

a.  Name of Spouse: _____    Employee ID# _____

b.  Agency, Division or Facility where employed: _____

c.  Will your spouse also request or has your spouse requested FMLA leave for the same reason/health condition for which you are requesting FMLA leave? Yes _____ No _____

## REASON FOR REQUESTING FMLA LEAVE:

Place a check in the appropriate space below and ATTACH APPROPRIATE DOCUMENTATION TO SUPPORT REQUEST:

_____ To care for my child after birth or _____ placement for adoption, or _____ foster care.

_____ To care for my spouse.    _____ To care for my domestic partner.    _____ To care for son or daughter.

_____ To care for a parent.    _____ To care for a person in loco parentis.    _✓_ Personal Illness.

## LEAVE REQUESTED: (THIS MUST BE COMPLETED BY THE EMPLOYEE)

a.  Indicate type of leave requested:

_✓_ Annual Leave    _✓_ Sick Leave

_✓_ Unpaid Leave    _✓_ Personal Leave

_✓_ Compensatory Leave

b.  Will leave be continuous _____ Intermittent _✓_ or reduced work schedule _____

c.  Leave dates: From _July 9, '19_ To _July 8, 2020_

*(Handwritten note, right margin):* Recommended that Jeremy should be on 24/7 intermittent FMLA to account for any type of frequency and duration for appointments, therapies and treatments as needed. This would also allow him to work as able and invoke FMLA as needed for appointments and flare-ups for medical reasons.

**EMPLOYEE SIGNATURE:** _DNG Signed for Jeremy Rodriguez-Ortega_    **DATE:** _3/20/2020_

**12 MONTH FML START DATE:** _New Year of FMLA_    **FML HOURS USED:** _0_

Does employee qualify for FMLA Leave?    YES _Yes_    NO ___

**HR ACKNOWLEDGEMENT OF REQUEST:** _DwalMi_    **DATE:** _March 4, 2020_

(FOR HRB USE ONLY)

**LABOR RELATIONS MANAGER APPROVAL:** _DwalMi_    **DATE:** _March 18, 2020_

### *ALL SECTIONS OF THIS FORM MUST BE COMPLETED*

*Revised 11/14/14*
*FMLA Request*

**Designation Notice**
(Family and Medical Leave Act)

**U.S. Department of Labor**
Wage and Hour Division

**WHD**
U.S. Wage and Hour Division

OMB Control Number: 1235-0003
Expires: 8/31/2021

Leave covered under the Family and Medical Leave Act (FMLA) must be designated as FMLA-protected and the employer must inform the employee of the amount of leave that will be counted against the employee's FMLA leave entitlement. In order to determine whether leave is covered under the FMLA, the employer may require that the leave be supported by a certification. If the certification is incomplete or insufficient, the employer must state in writing what additional information is necessary to make the certification complete and sufficient. While use of this form by employers is optional, a fully completed Form WH-382 provides an easy method of providing employees with the written information required by 29 C.F.R. §§ 825.300(c), 825.301, and 825.305(c).

To: _Jeremy Rodriguez-Ortega_

Date: _3/20/2020_

We have reviewed your request for leave under the FMLA and any supporting documentation that you have provided.
We received your most recent information on _____ _3/16/2020_ _____ and decided:

√  Your FMLA leave request is approved. All leave taken for this reason will be designated as FMLA leave.

The FMLA requires that you notify us as soon as practicable if dates of scheduled leave change or are extended, or were initially unknown. Based on the information you have provided to date, we are providing the following information about the amount of time that will be counted against your leave entitlement:

N/A  Provided there is no deviation from your anticipated leave schedule, the following number of hours, days, or weeks will be counted against your leave entitlement: __N/A__

√  Because the leave you will need will be unscheduled, it is not possible to provide the hours, days, or weeks that will be counted against your FMLA entitlement at this time. You have the right to request this information once in a 30-day period (if leave was taken in the 30-day period). _Intermittent 24/7 FMLA leave  Approved March 18, 2021  will be_

**Please be advised** (check if applicable):

√  You have requested to use paid leave during your FMLA leave. Any paid leave taken for this reason will count against your FMLA leave entitlement. _or unpaid FMLA_

N/A  We are requiring you to substitute or use paid leave during your FMLA leave.

N/A  You will be required to present a fitness-for-duty certificate to be restored to employment. If such certification is not timely received, your return to work may be delayed until certification is provided. A list of the essential functions of your position ___ is ___ is not attached. If attached, the fitness-for-duty certification must address your ability to perform these functions.

_____  **Additional information is needed to determine if your FMLA leave request can be approved:**

_____  The certification you have provided is not complete and sufficient to determine whether the FMLA applies to your leave request. You must provide the following information no later than _____, unless it is not
(Provide at least seven calendar days)
practicable under the particular circumstances despite your diligent good faith efforts, or your leave may be denied.

(Specify information needed to make the certification complete and sufficient)

_____  We are exercising our right to have you obtain a second or third opinion medical certification at our expense, and we will provide further details at a later time.

_____  Your FMLA Leave request is Not Approved.
_____  The FMLA does not apply to your leave request.
_____  You have exhausted your FMLA leave entitlement in the applicable 12-month period.

PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT
It is mandatory for employers to inform employees in writing whether leave requested under the FMLA has been determined to be covered under the FMLA. 29 U.S.C. § 2617; 29 C.F.R. §§ 825.300(d), (e). It is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 10 – 30 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION.**

Form WH-382 January 2009

# Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act)

**U.S. Department of Labor**
Wage and Hour Division



DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT

OMB Control Number: 1235-0003
Expires: 8/31/2021

## SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: _The New Mexico Department of Health / SoNM_

Employee's job title: _H.R. Labor and Trning Spec-A_ Regular work schedule: _7:30 to 4:30 1 hour lunch_

Employee's essential job functions: _all HR functions related to labor._

Check if job description is attached: _____

## SECTION II: For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: _JEREMY_    _E._    _RODRIGUEZ-ORTEGA_
First              Middle              Last

## SECTION III: For Completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b). Please be sure to sign the form on the last page.

Provider's name and business address: _____

Thomas Longley MD
PMG St. Michael's
454 St. Michael's Drive
Santa Fe, NM 87505
O (505)303-6000
Fax (505)473-0375

Type of practice / Medical specialty: _____

Telephone: (_____) _____    Fax: (_____) _____

Form WH-380-E Revised May 2015

NMDOH Rodriguez-Ortega No. 0334

## PART A: MEDICAL FACTS
1. Approximate date condition commenced: _____ 1/2017 _____

Probable duration of condition: _____ Unknown → LIFE? _____

**Mark below as applicable:**
Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
___No  _✓_Yes. If so, dates of admission:

_____ 2/5/20, 2/21/20 _____

Date(s) you treated the patient for condition:

_____ 1/2016 → present _____

Will the patient need to have treatment visits at least twice per year due to the condition?  ___No  _✓_Yes.

Was medication, other than over-the-counter medication, prescribed?  ___No  _✓_Yes.

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
___No  _✓_Yes. If so, state the nature of such treatments and expected duration of treatment:

_Neurology, GI, specialty consult + treatment recommendations → nutrition → >1 year_

2. Is the medical condition pregnancy?  _✓_No  ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

   Is the employee unable to perform any of his/her job functions due to the condition:  _✓_No  ___Yes.

   If so, identify the job functions the employee is unable to perform:

   _____

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

   _Patient with chronic pancreatitis of unclear etiology_
   _requiring frequent ER/office visits, intractable N/V_
   _profound weight loss_

NMDOH Rodriguez-Ortega No. 0335

## PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? _✓_ No ___ Yes.

If so, estimate the beginning and ending dates for the period of incapacity: _____

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___ No _✓_ Yes.

If so, are the treatments or the reduced number of hours of work medically necessary? ___ No _✓_ Yes.

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

1-2x/week , 4-8 hours /visit

Estimate the part-time or reduced work schedule the employee needs, if any:

_____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___ No _✓_ Yes.

Is it medically necessary for the employee to be absent from work during the flare-ups? ___ No _✓_ Yes. If so, explain:

Unable to work during flares

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency       :  1-2 times per  1  week(s) _____ month(s)

Duration: _____ hours or 1-2 day(s) per episode

## ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER:

_____

_____

_____

_____

_____

NMDOH Rodriguez-Ortega No. 0336

_____

Signature of Health Care Provider

3/13/70

Date

## PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.

Form WH-380-E Revised May 2015

NMDOH Rodriguez-Ortega No. 0337

**Notice of Eligibility and Rights & Responsibilities (Family and Medical Leave Act)**

**U.S. Department of Labor**
Wage and Hour Division



U.S. Wage and Hour Division

OMB Control Number: 1235-0003
Expires: 8/31/2021

In general, to be eligible an employee must have worked for an employer for at least 12 months, meet the hours of service requirement in the 12 months preceding the leave, and work at a site with at least 50 employees within 75 miles. While use of this form by employers is optional, a fully completed Form WH-381 provides employees with the information required by 29 C.F.R. § 825.300(b), which must be provided within five business days of the employee notifying the employer of the need for FMLA leave. Part B provides employees with information regarding their rights and responsibilities for taking FMLA leave, as required by 29 C.F.R. § 825.300(b), (c).

**[Part A – NOTICE OF ELIGIBILITY]**

TO: _Jeremy Rodriguez-Ortega_
   Employee

FROM: _David Rich, Labor Mgr._
   Employer Representative

DATE: _March 4, 2020_

On _March 4, 2020_ you informed us that you needed leave beginning on _July 9, 2019_ for:

___ The birth of a child, or placement of a child with you for adoption or foster care;

_✓_ Your own serious health condition;S

___ Because you are needed to care for your ____ spouse; ____ child; ____ parent due to his/her serious health condition.

___ Because of a qualifying exigency arising out of the fact that your ____ spouse; ____ son or daughter; ____ parent is on covered active duty or call to covered active duty status with the Armed Forces.

___ Because you are the ____ spouse; ____ son or daughter; ____ parent; ____ next of kin of a covered servicemember with a serious injury or illness.

This Notice is to inform you that you:

_Yes_ Are eligible for FMLA leave (See Part B below for Rights and Responsibilities)

___ Are not eligible for FMLA leave, because (only one reason need be checked, although you may not be eligible for other reasons):

   ___ You have not met the FMLA's 12-month length of service requirement. As of the first date of requested leave, you will have worked approximately ____ months towards this requirement.
   ___ You have not met the FMLA's hours of service requirement.
   ___ You do not work and/or report to a site with 50 or more employees within 75 miles.

If you have any questions, contact _Melton Young, FMLA Coordinator_ or view the
FMLA poster located in _@ (505) 827-2543_.

**[PART B-RIGHTS AND RESPONSIBILITIES FOR TAKING FMLA LEAVE]**

As explained in Part A, you meet the eligibility requirements for taking FMLA leave and still have FMLA leave available in the applicable 12-month period. However, in order for us to determine whether your absence qualifies as FMLA leave, you must return the following information to us by _March 19, 2020_. (If a certification is requested, employers must allow at least 15 calendar days from receipt of this notice; additional time may be required in some circumstances.) If sufficient information is not provided in a timely manner, your leave may be denied.

_✓_ Sufficient certification to support your request for FMLA leave. A certification form that sets forth the information necessary to support your request _✓ is/ ___ is not enclosed._

___ Sufficient documentation to establish the required relationship between you and your family member.

___ Other information needed (such as documentation for military family leave): _____

_____

_____

___ No additional information requested

Page 1                CONTINUED ON NEXT PAGE                Form WH-381  Revised  February 2013

4.000000
4.000000
4.000000
4.000000
4.000000
4.000000
4.000000
4.000000
4.000000
4.000000
4.000000
4.000000
2.500000
2.500000
2.500000
2.500000
4.000000
4.000000
4.000000
4.000000
4.000000
4.000000
4.000000
4.000000
4.000000
4.000000
1707.000000

3/4/2020

DR verified. Mr. Rodriguez-Ortega
is eligible for a new FMLA year
starting retro-actively back to the
beginning of his new FMLA year
( July 9, 2019 through July 8, 2020).

Measured regular hours worked
from 7/9/2018 through 7/8/2019
(the year preceding start date
of new FMLA year.

Danielle
HRB Labor
3/4/2020

**GINA (Genetic Information Nondiscrimination Act)**

Title II of the Genetic Information Nondiscrimination Act (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members.  In order to comply with this law, we are asking that you not provide any genetic information when responding to a request for medical information.  "Genetic information," as defined by GINA, includes an individual's family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member and genetic information of an embryo lawfully held by an individual or family member receiving assistive reproductive services.

*Jeremy Rodriguez-Ortega*    3/16/2020