34

1  going to be out. He -- I didn't know what was going
2  on with him. I was very concerned for his health,
3  almost to the point that I was ready to do a
4  wellness check on him if I didn't hear from him.
5  **And I reached out to staff that knew him personally,**
6  **and I also reached out to his brother Joshua and was**
7  **finally able to verify that he had been in the**
8  **hospital, and someone doesn't go in the hospital if**
9  **they're doing well.**
10         So again, that's some of that information
11  I was talking about in this email from April 24.
12         Again, we were all -- all of us -- all of
13  us in HR, not just my team but our director and all
14  of the staff that worked closely with Jeremy,
15  because we knew about his serious medical
16  conditions, most of them, anyway, because he talked
17  about them with everybody. It's not our information
18  to share. So when Jeremy was out in the early
19  spring of 2020, we -- we were all very concerned
20  about his health.
21     Q. And when he returned to work, what
22  happened?
23     A. When he returned to work, he was very
24  frail, and we were even more concerned about his
25  health, and he was having trouble talking. He had

35

1  lost quite a bit of weight, and we were very alarmed
2  at his appearance when he came back to work.
3         So we -- so my boss and myself, Teresa
4  Padilla, who's the HR human resource bureau
5  director, she's over the entire bureau, so we
6  decided we needed to meet with Jeremy to make sure.
7         One thing I discovered was that his
8  FMLA -- he needed to submit new FMLA, because they
9  were -- his FMLA had exhausted, and plus his old
10  FMLA certifications didn't meet his current needs.
11  So anytime you see someone invoking FMLA, and it's
12  exceeding those needs described by the provider, you
13  always want to make sure that you talk to the
14  employee, because in those cases where -- for
15  example, since we were talking about intermittent
16  FMLA, say somebody had coverage for flareups two to
17  three times a week lasting up to one day per
18  episode, say they invoked FMLA for a flareup for
19  five days a week, and they were out continuously
20  five days, that's beyond the information the
21  provider gave the department, so it's -- that
22  usually happens when somebody's medical needs have
23  increased.
24         And we always want to make sure that FMLA
25  coverage captures any type of need that they will

36

1  have due to their medical condition. So if their
2  current certification doesn't capture that
3  information, we always want them to go back and have
4  them recertify with their provider so that we're
5  making sure that their FMLA coverage covers any type
6  of need they might have.
7         It's better for an employee -- for a
8  provider to overestimate what they'll need than to
9  underestimate it, because then if the employee needs
10  that coverage, they don't have it. We would still
11  approve it, of course, because we always err on the
12  side of caution with FMLA.
13         Say somebody invoked outside the
14  parameters of the current FMLA, we wouldn't deny
15  that, because we take care of our employees at the
16  Department of Health, and we're the Department of
17  Health. Instead of us just denying that, we would
18  say, oh, you need to -- when you're able to, you
19  need to recertify with your provider, because it
20  looks like your medical needs have increased, and we
21  want to make sure your FMLA captures everything
22  you'll need under that coverage.
23         MS. ACKERMANN: Heather, we're at twelve
24  o'clock. Would this be a good time to take a break
25  for lunch? Do you want to do, like, 20 minutes or a

37

1  half-hour, or what are you thinking?
2         MS. BURKE: Well, I think, David said he
3  was good without a lunch. We talked about if you
4  just wanted a ten-minute break. Is that what you
5  wanted at noon? If you want 15 or 20, we can do
6  that.
7         MS. ACKERMANN: If we can, can we do till
8  12:20?
9         MS. BURKE: That's fine. We're off the
10  record, please.
11         (Recess was taken from 12:00 to 12:20.)
12    Q. (By Ms. Burke) Do you remember the last
13  thing that we discussed? So you said Teresa Padilla
14  suggested that you meet with Jeremy; is that
15  correct?
16    A. No, Teresa didn't suggest we meet with
17  Jeremy. We talked about meeting with Jeremy. It
18  was like a mutual decision that we agreed we should
19  meet with Jeremy.
20    Q. Okay. When did that meeting take place?
21    A. Oh, I -- it was -- I think it was in
22  March, Heather. I don't know for sure when that
23  meeting took place. I actually went back -- I
24  actually went back through my notes in a notebook to
25  see if I had written down that date of that meeting.