EXHIBIT 10

← Manager Self Service

# Timesheet

**Jeremy Rodriguez-Ortega**
HR TRAIN & LBR SPC-A

Actions ▾

Employee ID  110055
Empl Record  0
Earliest Change Date  06/08/2020

## Select Another Timesheet

*View By  Week
*Date  01/31/2020
Previous Week   Next Week

Scheduled Hours  40.00    Reported Hours  40.00    Print Timesheet   Punch Timesheet

Reported time on or before 10/02/2020 is for a prior period.

### From Friday 01/31/2020 to Thursday 02/06/2020

| Fri 1/31 | Sat 2/1 | Sun 2/2 | Mon 2/3 | Tue 2/4 | Wed 2/5 | Thu 2/6 | Total | Time Reporting Code | Business Unit | Combination Code | ChartFields |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.00 | | | 1.00 | | 8.00 | 8.00 | 25.00 | 99 FMLAN - FMLA-Paid Annual | 66500 | | ChartFields |
| | | | 7.00 | | | | 7.00 | 99 FMLSK - Family Medical Leave Sick | 66500 | | ChartFields |
| | | | | 8.00 | | | 8.00 | 01 REGHR - Regular Hours Worked | 66500 | | ChartFields |

Reported Time Status | Summary | Leave / Compensatory Time | Exceptions | Payable Time

### Reported Time Status

Personalize | Find | 🖼 | 📊    1-6 of 6

| Date | Reported Status | Total | TRC | Description | Sched Hrs | Add Comments |
|---|---|---|---|---|---|---|
| 01/31/2020 | Approved | 8.00 | FMLAN | FMLA-Paid Annual | 8.00 | 💬 |
| 02/03/2020 | Approved | 1.00 | FMLAN | FMLA-Paid Annual | 8.00 | 💬 |
| 02/03/2020 | Approved | 7.00 | FMLSK | Family Medical Leave Sick | 8.00 | 💬 |
| 02/04/2020 | Approved | 8.00 | REGHR | Regular Hours Worked | 8.00 | 💬 |
| 02/05/2020 | Approved | 8.00 | FMLAN | FMLA-Paid Annual | 8.00 | 💬 |
| 02/06/2020 | Approved | 8.00 | FMLAN | FMLA-Paid Annual | 8.00 | 💬 |

Return to Select Employee

# Timesheet

◀ Manager Self Service                                   Timesheet

## Timesheet

**Jeremy Rodriguez-Ortega**                              Employee ID  110055
HR TRAIN & LBR SPC-A                                     Empl Record  0
Actions ▾                                                Earliest Change Date  05/08/2020

### Select Another Timesheet

*View By  Week
*Date  02/14/2020

Previous Week  Next Week

Scheduled Hours  40.00     Reported Hours  40.25     Print Timesheet  Punch Timesheet

Reported time on or before 10/02/2020 is for a prior period.

### From Friday 02/14/2020 to Thursday 02/20/2020

| Fri 2/14 | Sat 2/15 | Sun 2/16 | Mon 2/17 | Tue 2/18 | Wed 2/19 | Thu 2/20 | Total | Time Reporting Code | Business Unit | Combination Code | ChartFields |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 5.00 |  | 5.00 | 99 FMLAN - FMLA-Paid Annual | 66500 |  | ChartFields |
| 8.00 |  |  | 8.00 | 8.00 | 3.00 | 8.00 | 35.00 | 01 REGHR - Regular Hours Worked | 66500 |  | ChartFields |
|  |  |  |  |  |  | 0.25 | 0.25 | 02 XHRWK - Extra Hours Worked | 66500 |  | ChartFields |

Reported Time Status | Summary | Leave / Compensatory Time | Exceptions | Payable Time

### Reported Time Status

Personalize | Find   1-7 of 7

| Date | Reported Status | Total | TRC | Description | Sched Hrs | Add Comments |
|---|---|---|---|---|---|---|
| 02/14/2020 | Approved | 8.00 | REGHR | Regular Hours Worked | 8.00 | 💬 |
| 02/17/2020 | Approved | 8.00 | REGHR | Regular Hours Worked | 8.00 | 💬 |
| 02/18/2020 | Approved | 8.00 | REGHR | Regular Hours Worked | 8.00 | 💬 |
| 02/19/2020 | Approved | 5.00 | FMLAN | FMLA-Paid Annual | 8.00 | 💬 |
| 02/19/2020 | Approved | 3.00 | REGHR | Regular Hours Worked | 8.00 | 💬 |
| 02/20/2020 | Approved | 8.00 | REGHR | Regular Hours Worked | 8.00 | 💬 |
| 02/20/2020 | Approved | 0.25 | XHRWK | Extra Hours Worked | 8.00 | 💬 |

Return to Select Employee

2nd RFP 7.00087



◀ Manager Self Service

# Timesheet

**Jeremy Rodriguez-Ortega**     Employee ID 110055
HR TRAIN & LBR SPC-A     Empl Record 0
Actions ▼     Earliest Change Date 08/08/2020

**Select Another Timesheet**

*View By Week     Previous Week   Next Week
*Date 02/21/2020

Scheduled Hours 40.00    Reported Hours 40.00    Print Timesheet   Punch Timesheet

Reported time on or before 10/02/2020 is for a prior period.

**From Friday 02/21/2020 to Thursday 02/27/2020**

| Fri 2/21 | Sat 2/22 | Sun 2/23 | Mon 2/24 | Tue 2/25 | Wed 2/26 | Thu 2/27 | Total | Time Reporting Code | Business Unit | Combination Code | ChartFields |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.00 | | | | | | 3.00 | 11.00 | 99 AWOLV - Absent without Leave | 66500 | | ChartFields |
| | | | 4.93 | 4.38 | 8.00 | 5.00 | 22.31 | 99 FMLAN - FMLA-Paid Annual | 66500 | | ChartFields |
| | | | 3.07 | 3.62 | | | 6.69 | 99 FMLSK - Family Medical Leave Sick | 66500 | | ChartFields |

Reported Time Status | Summary | Leave / Compensatory Time | Exceptions | Payable Time

**Reported Time Status**     Personalize | Find | 1-8 of 8

| Date | Reported Status | Total | TRC | Description | Sched Hrs | Review Comments |
|---|---|---|---|---|---|---|
| 02/21/2020 | Approved | 8.00 | AWOLV | Absent without Leave | 8.00 | 💬 |
| 02/24/2020 | Approved | 4.93 | FMLAN | FMLA-Paid Annual | 8.00 | 💬 |
| 02/24/2020 | Approved | 3.07 | FMLSK | Family Medical Leave Sick | 8.00 | 💬 |
| 02/25/2020 | Approved | 4.38 | FMLAN | FMLA-Paid Annual | 8.00 | 💬 |
| 02/25/2020 | Approved | 3.62 | FMLSK | Family Medical Leave Sick | 8.00 | 💬 |
| 02/26/2020 | Approved | 8.00 | FMLAN | FMLA-Paid Annual | 8.00 | 💬 |
| 02/27/2020 | Approved | 3.00 | AWOLV | Absent without Leave | 8.00 | 💬 |
| 02/27/2020 | Approved | 5.00 | FMLAN | FMLA-Paid Annual | 8.00 | 💬 |

Return to Select Employee

2nd RFP 7.00088

# Timesheet

◀ Manager Self Service

## Timesheet

**Jeremy Rodriguez-Ortega**  
HR_TRAIN & LBR SPC-A  
Actions ▼

Employee ID 110055  
Empl Record 0  
Earliest Change Date 08/08/2020

### Select Another Timesheet

*View By Week  
*Date 02/28/2020

Previous Week   Next Week

Scheduled Hours 40.00   Reported Hours 40.00   Print Timesheet   Punch Timesheet

Reported time on or before 10/02/2020 is for a prior period.

**From Friday 02/28/2020 to Thursday 03/05/2020**

| Fri 2/28 | Sat 2/29 | Sun 3/1 | Mon 3/2 | Tue 3/3 | Wed 3/4 | Thu 3/5 | Total | Time Reporting Code | Business Unit | Combination Code | ChartFields |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.00 | | | | | | | 8.00 | 99 AWOLV - Absent without Leave | 66500 | | ChartFields |
| | | | 1.75 | 8.00 | | 0.75 | 10.50 | 99 FMLAN - FMLA-Paid Annual | 66500 | | ChartFields |
| | | | 6.25 | | 8.00 | 7.25 | 21.50 | 01 REGHR - Regular Hours Worked | 66500 | | ChartFields |

Reported Time Status | Summary | Leave / Compensatory Time | Exceptions | Payable Time

**Reported Time Status**   Personalize | Find | 📊 | 🔢   1-7 of 7

| Date | Reported Status | Total | TRC | Description | Sched Hrs | Review Comments |
|---|---|---|---|---|---|---|
| 02/28/2020 | Approved | 8.00 | AWOLV | Absent without Leave | 8.00 | 💬 |
| 03/02/2020 | Approved | 1.75 | FMLAN | FMLA-Paid Annual | 8.00 | 💬 |
| 03/02/2020 | Approved | 6.25 | REGHR | Regular Hours Worked | 8.00 | 💬 |
| 03/03/2020 | Approved | 8.00 | FMLAN | FMLA-Paid Annual | 8.00 | 💬 |
| 03/04/2020 | Approved | 8.00 | REGHR | Regular Hours Worked | 8.00 | 💬 |
| 03/05/2020 | Approved | 0.75 | FMLAN | FMLA-Paid Annual | 8.00 | 💬 |
| 03/05/2020 | Approved | 7.25 | REGHR | Regular Hours Worked | 8.00 | 💬 |

Return to Select Employee

2nd RFP 7.00089