6/7/2021     Timesheet

**EXHIBIT 21**

← My Homepage     Timesheet

## Timesheet

**Jeremy Rodriguez-Ortega**     Employee ID 110055
HR,TRAIN & LBR SPC-A     Empl Record 0
Actions ▼     Earliest Change Date 06/12/2021

### Select Another Timesheet

*View By: Calendar Period     Previous Period | Next Period
*Date: 05/02/2020
Scheduled Hours 80.00     Reported Hours 80.00     Print Timesheet | Punch Timesheet

Reported time on or before 08/07/2020 is for a prior period.

### From Saturday 05/02/2020 to Friday 05/15/2020

| Sat 5/2 | Sun 5/3 | Mon 5/4 | Tue 5/5 | Wed 5/6 | Thu 5/7 | Fri 5/8 | Sat 5/9 | Sun 5/10 | Mon 5/11 | Tue 5/12 | Wed 5/13 | Thu 5/14 | Fri 5/15 | Total | Time Reporting Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 8.00 | 8.00 | 8.00 | 8.00 |  |  | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 72.00 | 99 AWOLV - Absent without Leave |
|  |  | 4.50 |  |  |  |  |  |  |  |  |  |  |  | 4.50 | 99 FMLSK - Family Medical Leave Sick |
|  |  | 3.50 |  |  |  |  |  |  |  |  |  |  |  | 3.50 | 01 TELWK - Telework 2020 |

**Reported Time Status** | Summary | Leave / Compensatory Time | Exceptions | Payable Time

Personalize | Find | 1-11 of 11

| Date | Reported Status | Total | TRC | Description | Sched Hrs | Add Comments |
|---|---|---|---|---|---|---|
| 05/04/2020 | Approved | 4.50 | FMLSK | Family Medical Leave Sick | 8.00 | 💬 |
| 05/04/2020 | Approved | 3.50 | TELWK | Telework 2020 | 8.00 | 💬 |
| 05/05/2020 | Approved | 8.00 | AWOLV | Absent without Leave | 8.00 | 💬 |
| 05/06/2020 | Approved | 8.00 | AWOLV | Absent without Leave | 8.00 | 💬 |
| 05/07/2020 | Approved | 8.00 | AWOLV | Absent without Leave | 8.00 | 💬 |
| 05/08/2020 | Approved | 8.00 | AWOLV | Absent without Leave | 8.00 | 💬 |
| 05/11/2020 | Approved | 8.00 | AWOLV | Absent without Leave | 8.00 | 💬 |
| 05/12/2020 | Approved | 8.00 | AWOLV | Absent without Leave | 8.00 | 💬 |
| 05/13/2020 | Approved | 8.00 | AWOLV | Absent without Leave | 8.00 | 💬 |
| 05/14/2020 | Approved | 8.00 | AWOLV | Absent without Leave | 8.00 | 💬 |
| 05/15/2020 | Approved | 8.00 | AWOLV | Absent without Leave | 8.00 | 💬 |

Return to Select Employee

2nd RFP 7.00108

My Homepage Timesheet

# Timesheet

**Jeremy Rodriguez-Ortega**
HR,TRAIN & LBR SPC-A
Actions

**Employee ID** 110055
**Empl Record** 0
**Earliest Change Date** 06/12/2021

## Select Another Timesheet

*View By Calendar Period
*Date 05/16/2020
Previous Period Next Period
Scheduled Hours 80.00 Reported Hours 72.00
Print Timesheet Punch Timesheet

Reported time on or before 08/07/2020 is for a prior period.

## From Saturday 05/16/2020 to Friday 05/29/2020

| Sat 5/16 | Sun 5/17 | Mon 5/18 | Tue 5/19 | Wed 5/20 | Thu 5/21 | Fri 5/22 | Sat 5/23 | Sun 5/24 | Mon 5/25 | Tue 5/26 | Wed 5/27 | Thu 5/28 | Fri 5/29 | Total | Time Reporting Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1.50 | | 1.50 | | | | 2.50 | | 2.50 | 1.80 | 9.80 | 99 FMLSK - Family Medical Leave Sick |
| | | | | | | | | | | | 8.00 | | | 8.00 | 99 FMPER - FMLA Personal Leave Day Taken |
| | | 8.00 | 8.00 | 6.50 | 8.00 | 6.50 | | | | 5.50 | | 5.50 | 6.20 | 54.20 | 01 TELWK - Telework 2020 |

Reported Time Status | Summary | Leave / Compensatory Time | Exceptions | Payable Time

## Reported Time Status

Personalize | Find | 1-14 of 14

| Date | Reported Status | Total | TRC | Description | Sched Hrs | Add Comments |
|---|---|---|---|---|---|---|
| 05/18/2020 | Approved | 8.00 | TELWK | Telework 2020 | 8.00 | |
| 05/19/2020 | Approved | 8.00 | TELWK | Telework 2020 | 8.00 | |
| 05/20/2020 | Approved | 1.50 | FMLSK | Family Medical Leave Sick | 8.00 | |
| 05/20/2020 | Approved | 6.50 | TELWK | Telework 2020 | 8.00 | |
| 05/21/2020 | Approved | 8.00 | TELWK | Telework 2020 | 8.00 | |
| 05/22/2020 | Approved | 1.50 | FMLSK | Family Medical Leave Sick | 8.00 | |
| 05/22/2020 | Approved | 6.50 | TELWK | Telework 2020 | 8.00 | |
| 05/26/2020 | Approved | 2.50 | FMLSK | Family Medical Leave Sick | 8.00 | |
| 05/26/2020 | Approved | 5.50 | TELWK | Telework 2020 | 8.00 | |
| 05/27/2020 | Approved | 8.00 | FMPER | FMLA Personal Leave Day Taken | 8.00 | |
| 05/28/2020 | Approved | 2.50 | FMLSK | Family Medical Leave Sick | 8.00 | |
| 05/28/2020 | Approved | 5.50 | TELWK | Telework 2020 | 8.00 | |
| 05/29/2020 | Approved | 1.80 | FMLSK | Family Medical Leave Sick | 8.00 | |
| 05/29/2020 | Approved | 6.20 | TELWK | Telework 2020 | 8.00 | |

Return to Select Employee

