IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY RODRIGUEZ-ORTEGA AND
JOSHUA RODRIGUEZ,

    Plaintiff,

   v.                                          No.  1:21-cv-01129-JCH-KK

DAVID RICH, KENNETH LUCERO,
in their official and individual capacities,
L. THERESA PADILLA, in her individual capacity,
AND NEW MEXICO DEPARTMENT OF HEALTH

    Defendants.

## ENTRY OF APPEARANCE

    COMES NOW, Attorney Andrew Varan of the law firm Miller Stratvert, P.A. and hereby enters his appearance of record on behalf of Defendants David Rich, Kenneth Lucero and the New Mexico Department of Health in this matter.

                                      Respectfully submitted,

                                      MILLER STRATVERT P.A.

                                      By: */s/ Paula G. Maynes*
                                          Paula G. Maynes
                                          *Attorneys for Defendants*
                                          P.O. Box 1986
                                          Santa Fe, NM 87504-1986
                                          Telephone: (505) 989-9614
                                          Email:  pmaynes@mstlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of February, 2024, I filed the foregoing pleading electronically through the CM/ECF Filing system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Heather Burke
Attorney at Law
*Attorney for Plaintiffs*
1000 Cordova Place #24
Santa Fe, New Mexico 87505
Phone: (505) 428-9424
Email: heather@hburkelaw.com

Carol Dominguez Shay
Joseph Haupt
*Attorney for Defendant Padilla*
Conklin, Woodcock & Ziegler, P.C.
320 Gold Ave., Suite 800
Albuquerque, NM 87102
Phone: (505) 224-9160
cds@conklinfirm.com


By: */s/ Paula G. Maynes*
         Paula G. Maynes