IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Kirtan Khalsa**
**United States Magistrate Judge**

**Minutes**

*Rodriguez-Ortega, et al. v. Rich, et al.*

Civ. No. 21-1129 JCH/KK

Tuesday, May 14, 2024, at 2:00 p.m.

Liberty Player Court Recording System, ABQ-Chama_20240514_124817.dcr

**PLAINTIFFS' ATTORNEY PRESENT:**           Heather C. Burke

**DEFENDANTS' ATTORNEYS PRESENT:**

**David Rich, Kenneth Lucero, and**
**NM Department of Health**                  Paula Grace Maynes

**L. Teresa Padilla**                        Carol Dominguez Shay
                                             Joseph Haupt

**TYPE OF PROCEEDING:**   Motion Hearing

Motions before the Court:

1. Plaintiffs' Motion for Rule 16 Sanctions (Doc. 145)
2. Plaintiffs' Motion for Reconsideration (Doc. 146)
3. Plaintiffs' Motion to Compel Discovery from Defendants Rich, Lucero and DOH (Doc. 148)
4. Defendant L. Theresa Padilla's Motion to Compel Complete Discovery Responses from Plaintiffs (Doc. 160)
5. Defendant L. Theresa Padilla's Motion to Compel Plaintiffs' Supplemental Discovery Responses (Doc. 174)
6. Plaintiffs' Opposed Motion to Strike and for Sanctions Against Defendants Rich, Lucero, and DOH (Doc. 181)

Time – 4 hours 23 minutes

1

**MINUTES:**

For the reasons stated on the record at the hearing, the Court will GRANT Ms. Padilla's motions as to all discovery still at issue and cap fees at $1000.00. In addition, the Court will DENY Plaintiffs' Motion for Rule 16 Sanctions and Plaintiffs' Motion for Reconsideration, GRANT IN PART and DENY IN PART Plaintiffs' Motion to Compel Discovery from Defendants Rich, Lucero and DOH, and DENY IN PART and RESERVE RULING IN PART on Plaintiffs' Opposed Motion to Strike and for Sanctions Against Defendants Rich, Lucero, and DOH.