IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY RODRIGUEZ-ORTEGA and
JOSHUA RODRIGUEZ,

    Plaintiffs,

v.  Civ. No. 21-1129 JCH/KK

DAVID RICH, KENNETH LUCERO,
in their official and individual capacities, and
NEW MEXICO DEPARTMENT OF HEALTH,

    Defendants.

## ORDER

This matter is before the Court on Plaintiffs' Motion to Compel Discovery from Defendants Rich, Lucero and DOH (Doc. 148) ("Motion"). The Court held a hearing on the Motion on May 14, 2024, and for the reasons stated on the record at the hearing GRANTED IN PART and DENIED IN PART Plaintiffs' Motion. The Court notes that Defendants have filed certificates of service regarding their supplemental discovery responses. (Docs. 221, 228.) Counsel for Plaintiffs and Defendants Rich, Lucero and DOH are directed to **meet and confer no later than Wednesday, June 25, 2024,** to (1) discuss whether there remain any outstanding disputes concerning the at issue discovery, and if so, (2) attempt in good faith to resolve such disputes. After this meet and confer session, if any dispute remains that requires Court intervention, the parties may not file additional briefing. Rather, by **no later than Friday, June 28, 2024**, Plaintiffs shall file a Notice informing the Court only of the specific discovery requests that remain in dispute and requesting a hearing.

    IT IS SO ORDERED.

                                                                                _____
                                                                                KIRTAN KHALSA
                                                                                UNITED STATES MAGISTRATE JUDGE