IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY RODRIGUEZ-ORTEGA and
JOSHUA RODRIGUEZ,

    Plaintiffs,

v.                                                                     Civ. No. 21-1129 JCH/KK

DAVID RICH, KENNETH LUCERO,
in their official and individual capacities, and
NEW MEXICO DEPARTMENT OF HEALTH,

    Defendants.

## ORDER

This matter is before the Court on L. Teresa Padilla's Request for Attorneys' Fees Regarding Her Motions to Compel (Docs. 215, 216, 217.) Plaintiffs did not file a response in opposition to the Motion and the time for doing so has now expired. Having reviewed the Motion and for the reasons stated at the May 14, 2024 hearing on L. Teresa Padilla's Motions to Compel, the Court GRANTS the Motion. The Court specifically finds that an award of $1000.00 in fees to Defendant L. Teresa Padilla is reasonable and warranted.

IT IS THEREFORE ORDERED that Plaintiffs shall pay L. Teresa Padilla $1000.00 in attorneys' fees.

.

                                                                    */s/ Kirtan Khalsa*
                                                                   KIRTAN KHALSA
                                                                   UNITED STATES MAGISTRATE JUDGE