IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY RODRIGUEZ-ORTEGA AND
JOSHUA RODRIGUEZ,

    Plaintiff,

v.           No.  1:21-cv-01129-JCH-KK

DAVID RICH, KENNETH LUCERO,
in their official and individual capacities,
AND NEW MEXICO DEPARTMENT OF HEALTH

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of August, 2024, Defendants served a copy of the Unsworn Declaration of Leif Gregory Regarding Searches Made for Documents Produced in Fourth Supplement and Email Restoration, via electronic mail, together with a copy of this Certificate of Service, to counsel at the following:

| | |
|---|---|
| Heather Burke | Carol Dominguez Shay |
| Attorney at Law | Joseph Haupt |
| *Attorney for Plaintiffs* | *Attorney for Defendant Padilla* |
| 1000 Cordova Place #24 | Conklin, Woodcock & Ziegler, P.C. |
| Santa Fe, New Mexico 87505 | 320 Gold Ave., Suite 800 |
| Phone: (505) 428-9424 | Albuquerque, NM 87102 |
| Email: heather@hburkelaw.com | Phone: (505) 224-9160 |
| | cds@conklinfirm.com |

    Respectfully submitted,

    MILLER STRATVERT P.A.

    By: /s/ Paula G. Maynes
        Paula G. Maynes
        *Attorneys for Defendants*
        P.O. Box 1986
        Santa Fe, NM 87504-1986
        Telephone: (505) 989-9614