IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY RODRIGUEZ-ORTEGA AND

JOSHUA RODRIGUEZ,

    Plaintiffs,

v.                                                  No. 1: 21-cv-01129-JCH-KK

DAVID RICH, KENNETH LUCERO,

in their official and individual capacities, L. TERESA

PADILLA, in her individual capacity,

AND NEW MEXICO DEPARTMENT OF HEALTH

    Defendants,

## CERTIFICATE OF SERVICE

Plaintiffs Jeremy Rodriguez-Ortega and Joshua Rodriguez hereby certifies that, on August 21, 2024, they served "Plaintiffs' Fifth Amended Responses to Defendants Requests for Production" by email to Paula Maynes (pmaynes@mstlaw.com), as counsel for the above captioned Defendants.

                                                         Respectfully Submitted.

                                                         Heather Burke
                                                         2268 Calle Cuesta
                                                         Santa Fe, NM 87505
                                                         (505)449-8833
                                                         hbobloblaw@gmail.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 21st day of August, 2024, I caused a true and correct copy of the foregoing Certificate of Service to be filed electronically through the CM/ECF system. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.