IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY RODRIGUEZ-ORTEGA and
JOSHUA RODRIGUEZ,

       Plaintiffs,

v.                                   Civ. No.  21-cv-01129 JCH/KK

DAVID RICH, KENNETH LUCERO,
in their official and individual capacities, and
NEW MEXICO DEPARTMENT OF HEALTH,

       Defendants.

## ORDER OF REMAND

Having dismissed all of Plaintiffs' federal claims in a Memorandum Opinion and Order entered contemporaneously with this Order of Remand, and having concluded that the Court will not exercise supplemental jurisdiction over the remaining state law claims,

**IT IS HEREBY ORDERED** that this case is **REMANDED** to the First Judicial District Court, Santa Fe County, State of New Mexico, for disposition of Plaintiff's remaining state law claims against Defendants David Rich, Kenneth Lucero, and the New Mexico Department of Health.

_____
SENIOR UNITED STATES DISTRICT JUDGE